UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN GILLIAM, SR., <br>             Plaintiff, <br><br> - against – <br><br> THE CITY OF NEW YORK; SGT. JAMES HEFFERNAN, TAX # 896421; P.O. ANDREW PIZZANO, SHIELD # 5486, TAX # 902210; P.O. JAMES HU, SHIELD # 18657, TAX # 943378; P.O. MICHAEL DONOGHUE, SHIELD # 3779, TAX # 906138; P.O. CHARLES BORDENCA, SHIELD #827, TAX # 945400; P.O. JAMES REUTER, TAX # 944928; and C.O. JOHN DOES #1-5; the individual defendant(s) sued individually and in their official capacities, <br>             Defendants. | STIPULATION AND ORDER OF DISMISSAL <br><br> 12-CV-6416 (NG) (CLP) <br><br> ECF |

    WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.  The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

MICHAEL HUESTON
*Attorney for Plaintiff*
16 Court Street, Suite 3301
Brooklyn, NY 11241

By: _____
Michael Hueston
*Attorney for Plaintiff*

Dated: New York, New York
5-28, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Donoghue, Pizzano, Hu, Bordenca, Reuter and Heffernan*
100 Church Street, Rm. 3-178
New York, New York 10007

By: _____
Tobias Zimmerman
*Assistant Corporation Counsel*

SO ORDERED:

s/Nina Gershon
_____
HON. NINA GERSHON
UNITED STATES DISTRICT JUDGE

2